**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL NO. 3:04CV418-V**

| | |
|---|---|
| REV. WILLIAM F. KING and GABRIELLE KING, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>UNITY OF CHARLOTTE and ALAN BATTEN, )<br>)<br>Defendants. )<br>)<br>) | **ORDER** |

**THIS MATTER** is before the Court on the pro se Plaintiffs' "Motion for Extension of Time to Respond to Defendants' Motion to Dismiss" as contained in a letter from the Plaintiffs to the Honorable Richard L. Voorhees that was received in the Clerk of Court's office on June 2, 2005. See Document #16.

On October 5, 2004, the Defendants filed their "Motion to Dismiss" (document #5).

Rather than file a response to the Motion to Dismiss, on March 23, 2005, Plaintiff's counsel, Stephen M. Katz, moved to withdraw from his representation of the Plaintiffs.

On March 28, 2005, the undersigned granted Mr. Katz's motion. See document #15.

In their present motion, the Plaintiffs credibly allege, among other things, that Mr. Katz failed to inform them about the Motion to Dismiss and they request a 30-day extension to file a response. Accordingly, as well as for the other reasons stated therein, the Court will grant the Plaintiffs' motion.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The Plaintiffs' "Motion for Extension of Time to Respond to Defendants' Motion to Dismiss" (document #16) is **GRANTED,** and the Plaintiffs shall respond to the Defendants' Motion to Dismiss on or before July 11, 2005.

2. The Clerk is directed to send copies of this Order to the pro se Plaintiffs at 1450 Estates Avenue, Apartment Number 1102, Charlotte, North Carolina, 28209; to counsel for the Defendants; and to the Honorable Richard L. Voorhees.

**SO ORDERED.**

**Signed: June 3, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge